

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-13-00460-CV

Style: Dorothy R. Schroeder

v. LND Management LLC

Date motion filed*: July 18, 2013

Type of motion: Motion to Stay Trial Court's Disbursement Order

Party filing motion: Appellant

Document to be filed:

Is appeal accelerated? No

If motion to extend time:
Original due date:
Number of previous extensions granted: Current Due date:
Date Requested:

Ordered that motion is:

☑ Granted

If document is to be filed, document due:

☐ The Court will not grant additional motions to extend time absent extraordinary circumstances

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

**The trial court's Order to Disburse Funds is stayed pending further order of this Court.**

Judge's signature: /s/ Terry Jennings
☑ Acting individually   ☐ Acting for the Court

Panel consists of _____

Date: August 2, 2013

November 7, 2008 Revision